CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RAs

JUL 1 2 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH VALENTINE AWE, ) | Civil Action No. 7:12-cv-00546 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIRGINIA DEPTARTMENT OF ) | |
| CORRECTIONS, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 against the Virginia Department of Corrections are **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and the Virginia Department of Corrections is **TERMINATED** as a defendant.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 12th day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge