CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 12 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KENNETH VALENTINE AWE,<br>    Plaintiff, | Civil Action No. 7:12-cv-00546 |
| v. | **FINAL ORDER** |
| VIRGINIA DEPTARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 12th day of November, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge