

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH VALENTINE AWE,<br>    Plaintiff, | Civil Action No. 7:12-cv-00546 |
| v. | **FINAL ORDER** |
| VIRGINIA DEPTARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Defendants. | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 12th day of November, 2013.

                        /s/ Jackson L. Kiser
                        Senior United States District Judge